**MCGUIREWOODS LLP**
Benjamin J. Sitter (SBN 273394)
K. Elizabeth Sieg (*pro hac vice* forthcoming)
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
Phone: 412-667-7904
Email: bsitter@mcguirewoods.com
Email: bsieg@mcguirewoods.com

*Attorneys for Defendants Navient Corporation
and Navient Solutions, LLC*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY KUO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT CORPORATION; NAVIENT SOLUTIONS, LLC.<br><br>Defendants. | Case No. 3:22-cv-05282-JD<br><br>**DEFENDANTS NAVIENT CORPORATION AND NAVIENT SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT / CERTIFICATE OF INTERESTED PARTIES**<br><br>Judge: Hon. Judge Donato<br>Complaint Filed: September 16, 2022<br>Trial Date: None Set |

Pursuant to Rule 7.1 and Local Rule 7.1-1, Defendants Navient Corporation and Navient Solutions, LLC hereby files its corporate disclosure statement and certificate of interested parties. Navient Solutions, LLC is a wholly owned subsidiary of Navient Corporation.  Navient Corporation is a publicly traded company.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

1    DATED: December 9, 2022

2                                                    **MCGUIREWOODS LLP**

3                                                    _/s/ Benjamin J. Sitter_
                                                     Benjamin J. Sitter (SBN 273394)
4                                                    bsitter@mcguirewoods.com
                                                     K. Elizabeth Sieg (*pro hac vice forthcoming*)
5                                                    bsieg@mcguirewoods.com
                                                     Tower Two-Sixty
6                                                    260 Forbes Avenue, Suite 1800
                                                     Pittsburgh, PA 15222-3142
7                                                    Phone: 412-667-7904

8
                                                     *Attorneys for Defendants Navient Corporation*
9                                                    *and Navient Solutions, LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT / CERTIFICATE OF INTERESTED PARTIES
Case No. 4:22-cv-05282-JD

**SIGNATURE ATTESTATION**

I, Benjamin J. Sitter, am the ECF User whose identification and password are being used to file the foregoing Corporate Disclosure Statement/Certificate of Interested Parties.  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

DATED: December 9, 2022                 **MCGUIREWOODS LLP**


By:   /s/ *Benjamin J. Sitter*
        Attorneys for Defendants
        Navient Corporation and Navient Solutions, LLC

1

## **CERTIFICATE OF SERVICE**

2

    I hereby certify that on December 9, 2022, I electronically transmitted the foregoing

3

document entitled **Corporate Disclosure Statement/Certificate of Interested Parties** to the

4

Clerk's Office of the United States Northern District of California using the Court's CM/ECF

5

System for filing and service via transmittal of a Notice of Electronic Filing email from the Court

6

to the registered email addresses of the interested parties in this case.

7

    I declare under penalty of perjury under the laws of the United States of America that the

8

foregoing is true and correct.

9

DATED: December 9, 2022                MCGUIREWOODS LLP

10

11

                                By:   /s/ *Benjamin J. Sitter*
                                      Attorneys for Defendants
12                                    Navient Corporation and Navient Solutions, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---